■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD J. DIPIETRO, Appellant. [705 NYS2d 906] —Judgment unanimously affirmed. Memorandum: Defendant contends that the reasonable doubt charge given by County Court was confusing. We disagree. The charge was identical to the pattern jury charge of 1 CJI(NY) 6.20 with the exception of three words, none of which renders the charge confusing. We also reject the contention that defendant was denied effective assistance of counsel. "[T]he evidence, the law, and the circumstances of [this] case, viewed in totality and as of the time of the representation, reveal that the attorney provided meaningful representation" (*People v Baldi,* 54 NY2d 137, 147; *see, People v Flores,* 84 NY2d 184, 187). We have reviewed the remaining contentions raised in defendant's *pro se* supplemental brief and conclude that they are without merit. (Appeal from Judgment of Oneida County Court, Dwyer, J.—Rape, 1st Degree.) Present—Hayes, J. P., Hurlbutt, Scudder and Kehoe, JJ.